No. 09-10139. Mario Gause, Petitioner v. David DiGuglielmo, Superintendent, State Correctional Institution at Graterford, et al.

560 U.S. 931, 130 S. Ct. 3335, 176 L. Ed. 2d 1232, 2010 U.S. LEXIS 4310.

May 24, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

No. 09-10145. Loren L. Leiser, Petitioner v. Jeffrey Pugh, Warden.

560 U.S. 931, 130 S. Ct. 3335, 176 L. Ed. 2d 1232, 2010 U.S. LEXIS 4237.

May 24, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

No. 09-10160. Victoriano Garcia-Lopez, Petitioner v. Nevada.

560 U.S. 931, 130 S. Ct. 3335, 176 L. Ed. 2d 1232, 2010 U.S. LEXIS 4262.

May 24, 2010. Petition for writ of certiorari to the Supreme Court of Nevada denied.

Same case below, 125 Nev. 1038, 281 P.3d 1174.

No. 09-10197. John Kurrie Peterson, Petitioner v. Mississippi.

560 U.S. 931, 130 S. Ct. 3335, 176 L. Ed. 2d 1232, 2010 U.S. LEXIS 4239.

May 24, 2010. Petition for writ of certiorari to the Court of Appeals of Mississippi denied.

Same case below, 28 So. 3d 667.

No. 09-10206. Martin Arturo Quezada-Meza, Petitioner v. Arizona.

560 U.S. 931, 130 S. Ct. 3336, 176 L. Ed. 2d 1232, 2010 U.S. LEXIS 4363.

May 24, 2010. Petition for writ of certiorari to the Court of Appeals of Arizona, Division One, denied.

No. 09-10215. Eugene Long, Petitioner v. Walter A. McNeil, Secretary, Florida Department of Corrections, et al.

560 U.S. 931, 130 S. Ct. 3336, 176 L. Ed. 2d 1232, 2010 U.S. LEXIS 4234.

May 24, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

No. 09-10249. Geovani Davila, Petitioner v. United States.

560 U.S. 931, 130 S. Ct. 3336, 176 L. Ed. 2d 1232, 2010 U.S. LEXIS 4179.

May 24, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

No. 09-10252. Thaddeus Lorenzo Patterson, Petitioner v. United States.

560 U.S. 931, 130 S. Ct. 3337, 176 L. Ed. 2d 1232, 2010 U.S. LEXIS 4322.

May 24, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 361 Fed. Appx. 620.